## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

CORDAY ALEXANDER LINTON,

        Plaintiff,

v.                                            CASE NO.: 26CV258

CITY OF MILWAUKEE, BENJAMIN SANCHEZ,
in his individual and official capacities;
MATTHEW REJC, BRIAN PELLETT,
TIMOTHY ASKIN, AARON HELT, LISA MANEY,
and TODD MILLER, each in their individual
and official capacities,

        Defendants.

---

## NOTICE OF REMOVAL

---

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF WISCONSIN:

**PLEASE TAKE NOTICE** that the City of Milwaukee, Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller ("Defendants") by their attorneys, City Attorney Evan C. Goyke and Assistant City Attorneys Elizabeth K. Miles and Joshua B. Cronin, file this Notice of Removal with the United States District Court for the Eastern District of Wisconsin. The grounds for removal of this action are as follows:

1.      A civil action designated as Case No. 2026CV000361 has been commenced and is now pending in Milwaukee County Circuit Court (the "State Court Action") between the above-identified parties.

2.      On January 15, 2026, Plaintiff filed a Summons and Complaint in the State Court Action. (Cronin Decl., Ex. A, Summons & Complaint.)

3.      In the State Court Action, the Plaintiff served the Summons and Complaint on the Defendants no earlier than January 22, 2026.

4.      The above-referenced action is a civil action for damages alleged to have arisen from actions arising in Milwaukee County, Wisconsin.

5.      The United States District Court for the Eastern District of Wisconsin has jurisdiction over this action for the following reasons:

a.      The case presents a federal question under, inter alia, (1) 42 U.S.C. § 1983, (2) 42 U.S.C. § 2000d, (3) 42 U.S.C § 5309, (4) 42 U.S.C. § 3617, and (5) 18 U.S.C. § 1001 in that Plaintiffs allege that the Defendants violated their rights under the Fourteenth Amendment of the United States Constitution, their rights under Title VI of the Civil Rights Act of 1964, their rights under the Housing and Community Development Act, and their rights under the Fair Housing Act.  (Cronin Decl., Ex. A, Summons & Complaint, ¶¶ 177–233.)  Removal is therefore proper under 28 U.S.C. § 1441(a) because this is a civil action brought in state court over which the federal district court would have original jurisdiction under 28 U.S.C. § 1331 had the action been initially commenced in federal court.

b.      The Defendants received the Complaint less than thirty (30) days before the date of filing this Notice of Removal.  (Cronin Decl., Ex. B, Affidavits of Service.)

c.      This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

d.      This case is properly venued in that Plaintiff and Defendants are within the jurisdiction of the Eastern District of Wisconsin, and that the alleged events or omissions that form the basis for Plaintiff's claims occurred within the Eastern District of Wisconsin.

e.      All Defendants have consented to removal.

6. Concurrent with the filing of this Notice of Removal, the Defendants, by their attorneys, will notify all active parties and the Clerk of Milwaukee County Circuit Court that this case is the subject of a petition for removal in the United States District Court for the Eastern District of Wisconsin, as required by 28 U.S.C. § 1446(b)(1).

### JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the Defendants hereby request a trial by jury.

Dated and signed at Milwaukee, Wisconsin this 17th day of February, 2026.

EVAN C. GOYKE
City Attorney

By: *s/Joshua B. Cronin*
JOSHUA B. CRONIN
Assistant City Attorney
State Bar No. 1064324
ELIZABETH K. MILES
Assistant City Attorney
State Bar No. 1064284
Attorneys for Defendants, City of Milwaukee,
Benjamin Sanchez, Matthew Rejc, Brian Pellett,
Timothy Askin, Aaron Helt, Lisa Maney,
and Todd Miller

**ADDRESS:**
200 E. Wells Street
CH 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: JBCronin@milwaukee.gov
EKMiles@milwaukee.gov

2026-000140:00000000001394

3