FILED
01-28-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV000361

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY
_____

CORDAY ALEXANDER LINTON,

                Plaintiff,

v.                                                                                    Case No.: 2026CV000361

CITY OF MILWAUKEE, BENJAMIN SANCHEZ,
in his individual and official capacities;
MATTHEW REJC, BRIAN PELLETT,
TIMOTHY ASKIN, AARON HELT,
LISA MANEY, and TODD MILLER, each in their
individual and official capacities,

                Defendants.
_____

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the City Attorney, EVAN C. GOYKE, by Assistant City Attorney, Joshua B. Cronin, represents and appears for the Defendants, City of Milwaukee, Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller, in the above-entitled action, and demands that copies of all proceedings subsequent to the summons and complaint herein be served at our office, at Suite 800 City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 28th day of January, 2026.

                EVAN C. GOYKE
                City Attorney

**ADDRESS:**                                       By:  ***Electronically signed by Joshua B. Cronin***
200 E. Wells Street                                     JOSHUA B. CRONIN
CH 800                                                        Assistant City Attorney
Milwaukee, WI  53202                            State Bar No. 1064324
(414) 286-8822 – Telephone              Attorneys for Defendants
(414) 286-8550 – Facsimile
Email: JBCronin@milwaukee.gov

2026-000140:00000000001390

Case 2026CV000361    Document 39    Filed 01-28-2026    Page 1 of 1

FILED
01-28-2026
Anna Maria Hodges
Clerk of Circuit Court
2026CV000361

STATE OF WISCONSIN    CIRCUIT COURT    MILWAUKEE COUNTY

CORDAY ALEXANDER LINTON,

                Plaintiff,

v.    Case No.: 2026CV000361

CITY OF MILWAUKEE, BENJAMIN SANCHEZ,
MATTHEW REJC, BRIAN PELLETT,
TIMOTHY ASKIN, AARON HELT, LISA MANEY and
TODD MILLER,

                Defendants.

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the City Attorney, Evan C. Goyke, by Assistant City Attorney Elizabeth K. Miles, represents and appears for the Defendants City of Milwaukee, Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller, in the above-entitled action and demands that copies of all subsequent proceedings be served at our office, Suite 800 City Hall, 200 East Wells Street, Milwaukee, Wisconsin 53202-3551.

Dated and signed at Milwaukee, Wisconsin this 28th day of January, 2026.

                EVAN C. GOYKE
                City Attorney

                ***Electronically signed by Elizabeth K. Miles***
                ELIZABETH K. MILES
                Assistant City Attorney
                State Bar No. 1064284
                *Attorneys for Defendants City of Milwaukee,*
                *Benjamin Sanchez, Matthew Rejc, Brian Pellett,*
                *Timothy Askin, Aaron Helt, Lisa Maney, and*
                *Todd Miller*

**ADDRESS:**
200 E. Wells Street
CH 800
Milwaukee, WI 53202
(414) 286-2625 – Telephone
(414) 286-8550 – Facsimile
Email: EKMiles@milwaukee.gov
2026-000140/00000000001393