**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys



**CITY OF**
# MILWAUKEE
## Office of the City Attorney

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

**KATHRYN Z. BLOCK**
**THOMAS D. MILLER**
**PETER J. BLOCK**
**ANDREA J. FOWLER**
**JOANNA FRACZEK**
**HANNAH R. JAHN**
**MEIGHAN M. ANGER**
**ALEXANDER R. CARSON**
**GREGORY P. KRUSE**
**ALEX T. MUELLER**
**ALEXANDER D. COSSI**
**KATHERINE A. HEADLEY**
**SHEILA THOBANI**
**STACY J. MILLER**
**JORDAN M. SCHETTLE**
**THERESA A. MONTAG**
**ALEXANDER E. FOUNDOS**
**TRAVIS J. GRESHAM**
**KYLE W. BAILEY**
**JOSEPH M. DOBBS**
**WILLIAM K. HOTCHKISS**
**CLINT B. MUCHE**
**TYLER M. HELSEL**
**ZACHARY A. HATFIELD**
**MEGHAN C. MCCABE**
**CYNTHIA HARRIS ORTEGA SANTANA**
**OLUWASEUN CHRIS IBITOYE**
**KEVIN P. TODT**
**NATHANIEL E. ADAMSON**
**MATTEO REGINATO**
**JOSHUA B. CRONIN**
**ROBERT W. SANDERS**
**ELIZABETH K. MILES**
**LAURI A. ROLLINGS**
Assistant City Attorneys

February 17, 2026

Clerk of Courts
United States District Court
Eastern District of Wisconsin
517 E. Wisconsin Ave.
Milwaukee, WI 53202

RE:     *Corday Alexander Linton v. City of Milwaukee, et., al.*
        **Milwaukee County Circuit Court Case No. 2026CV000361**
        **Eastern District Case No. 26CV258**

Dear Clerk:

Enclosed please find a hard copy of Defendants' 1) Civil Cover Sheet, 2) Notice for Removal, and 3) Notice of Filing of Petition for Removal of Defendants'. These documents have been e-filed with the federal court today. Thank you for your attention to the above.

Very truly yours,

s/Joshua B. Cronin

JOSHUA B. CRONIN
Assistant City Attorney

JBC/cjj

Enclosures

c:      Hon. Reyna Morales (w/enc.)
        Verona Swanigan, Esq. (w/enc.)

2026-000140/00000000001619v1



JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

U.S. DISTRICT COURT
EASTERN DISTRICT – WI

Place an "X" in the appropriate box (required): ☐ Green Bay Division ☒ Milwaukee Division

| I. (a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Corday Alexander Linton | City of Milwaukee, Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller |

**(b)** County of Residence of First Listed Plaintiff  Milwaukee
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant  Milwaukee
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Verona Swanigan, The Swanigan Law Firm, 425 W. Capitol Ave, Ste1533, Little Rock AR 72201, 414-856-2310.

Attorneys *(If Known)*
Joshua B. Cronin & Elizabeth K. Miles
City Attorney's Office, 800 City Hall, 200 East Wells Street
Milwaukee, WI 53202, (414) 286-2601

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☐ 1 U.S. Government Plaintiff

☒ 3 Federal Question
*(U.S. Government Not a Party)*

☐ 2 U.S. Government Defendant

☐ 4 Diversity
*(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | Personal Injury | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 790 Other Labor Litigation | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☒ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 U.S.C. § 1983, 42 U.S.C. § 2000d, 42 U.S.C. § 5309, 42 U.S.C. § 3617, and 18 U.S.C. § 1001

Brief description of cause:
Alleged violations of the United States Constitution and various federal statutes related to housing programs

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See updated instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE
02/17/2026

SIGNATURE OF ATTORNEY OF RECORD
s/ Joshua B. Cronin

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

# INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

## Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.(a)**     **Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

  **(b)**     **County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

  **(c)**     **Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.**     **Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.Cv.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.
United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.
United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.
Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.
Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; **NOTE: federal question actions take precedence over diversity cases.**)

**III.**     **Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.**     **Nature of Suit.** Place an "X" in the appropriate box. If there are multiple nature of suit codes associated with the case, pick the nature of suit code that is most applicable. Click here for: Nature of Suit Code Descriptions.

**V.**     **Origin.** Place an "X" in one of the seven boxes.
Original Proceedings. (1) Cases which originate in the United States district courts.
Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441.
Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.
Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.
Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.
Multidistrict Litigation – Transfer. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407.
Multidistrict Litigation – Direct File. (8) Check this box when a multidistrict case is filed in the same district as the Master MDL docket. **PLEASE NOTE THAT THERE IS NOT AN ORIGIN CODE 7.** Origin Code 7 was used for historical records and is no longer relevant due to changes in statue.

**VI.**     **Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.** Example: U.S. Civil Statute: 47 USC 553 Brief Description: Unauthorized reception of cable service.

**VII.**     **Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.
Demand. In this space enter the actual dollar amount being demanded or indicate other demand, such as a preliminary injunction.
Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.**     **Related Cases.** This section of the JS 44 is used to reference related pending and previously filed cases, if any. If there are related cases, insert the docket numbers and the corresponding judge names for such cases and file a Notice of Related Action pursuant to Civil L.R. 3(b).

**Date and Attorney Signature.** Date and sign the civil cover sheet.

CORDAY ALEXANDER LINTON,

Plaintiff,

v.

CASE NO.: 26CV258

CITY OF MILWAUKEE, BENJAMIN SANCHEZ,
in his individual and official capacities;
MATTHEW REJC, BRIAN PELLETT,
TIMOTHY ASKIN, AARON HELT, LISA MANEY,
and TODD MILLER, each in their individual
and official capacities,

Defendants.

## NOTICE OF REMOVAL

TO THE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN
DISTRICT OF WISCONSIN:

**PLEASE TAKE NOTICE** that the City of Milwaukee, Benjamin Sanchez, Matthew
Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller ("Defendants") by
their attorneys, City Attorney Evan C. Goyke and Assistant City Attorneys Elizabeth K. Miles
and Joshua B. Cronin, file this Notice of Removal with the United States District Court for the
Eastern District of Wisconsin. The grounds for removal of this action are as follows:

1.     A civil action designated as Case No. 2026CV000361 has been commenced and
is now pending in Milwaukee County Circuit Court (the "State Court Action") between the
above-identified parties.

2.     On January 15, 2026, Plaintiff filed a Summons and Complaint in the State Court
Action. (Cronin Decl., Ex. A, Summons & Complaint.)

3. In the State Court Action, the Plaintiff served the Summons and Complaint on the Defendants no earlier than January 22, 2026.

4. The above-referenced action is a civil action for damages alleged to have arisen from actions arising in Milwaukee County, Wisconsin.

5. The United States District Court for the Eastern District of Wisconsin has jurisdiction over this action for the following reasons:

a. The case presents a federal question under, inter alia, (1) 42 U.S.C. § 1983, (2) 42 U.S.C. § 2000d, (3) 42 U.S.C § 5309, (4) 42 U.S.C. § 3617, and (5) 18 U.S.C. § 1001 in that Plaintiffs allege that the Defendants violated their rights under the Fourteenth Amendment of the United States Constitution, their rights under Title VI of the Civil Rights Act of 1964, their rights under the Housing and Community Development Act, and their rights under the Fair Housing Act. (Cronin Decl., Ex. A, Summons & Complaint, ¶¶ 177–233.) Removal is therefore proper under 28 U.S.C. § 1441(a) because this is a civil action brought in state court over which the federal district court would have original jurisdiction under 28 U.S.C. § 1331 had the action been initially commenced in federal court.

b. The Defendants received the Complaint less than thirty (30) days before the date of filing this Notice of Removal. (Cronin Decl., Ex. B, Affidavits of Service.)

c. This Notice of Removal is timely under Section 1446(b) of Title 28 of the United States Code because the time permitted by statute for filing has not expired.

d. This case is properly venued in that Plaintiff and Defendants are within the jurisdiction of the Eastern District of Wisconsin, and that the alleged events or omissions that form the basis for Plaintiff's claims occurred within the Eastern District of Wisconsin.

e. All Defendants have consented to removal.

2

6.    Concurrent with the filing of this Notice of Removal, the Defendants, by their attorneys, will notify all active parties and the Clerk of Milwaukee County Circuit Court that this case is the subject of a petition for removal in the United States District Court for the Eastern District of Wisconsin, as required by 28 U.S.C. § 1446(b)(1).

## JURY DEMAND

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure, the Defendants hereby request a trial by jury.

Dated and signed at Milwaukee, Wisconsin this 17th day of February, 2026.

> EVAN C. GOYKE
> City Attorney
>
> By: *s/Joshua B. Cronin*
> JOSHUA B. CRONIN
> Assistant City Attorney
> State Bar No. 1064324
> ELIZABETH K. MILES
> Assistant City Attorney
> State Bar No. 1064284
> Attorneys for Defendants, City of Milwaukee,
> Benjamin Sanchez, Matthew Rejc, Brian Pellett,
> Timothy Askin, Aaron Helt, Lisa Maney,
> and Todd Miller

**ADDRESS:**
200 E. Wells Street
CH 800
Milwaukee, WI  53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: JBCronin@milwaukee.gov
EKMiles@milwaukee.gov

2026-000140:00000000001394

3

**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys



**CITY OF**
**MILWAUKEE**
**Office of the City Attorney**

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
CYNTHIA HARRIS ORTEGA SANTANA
OLUWASEUN CHRIS IBITOYE
KEVIN P. TODT
NATHANIEL E. ADAMSON
MATTEO REGINATO
JOSHUA B. CRONIN
ROBERT W. SANDERS
ELIZABETH K. MILES
LAURI A. ROLLINGS
Assistant City Attorneys

February 17, 2026

Honorable Reyna Morales, Branch 42
Milwaukee County Courthouse
901 North Ninth Street, Rm 402
Milwaukee, WI 53233

RE: Corday Alexander Linton v. City of Milwaukee, et., al.
Case No. 2026CV000361
E.D. Case No.26CV258

Dear Judge Morales:

Enclosed please find a copy of Defendants' Notice of Filling of Petition for Removal and Notice of Removal of Defendants filed today with the United States District Court, Eastern District of Wisconsin.

Very truly yours,

*Electronically signed by*

JOSHUA B. CRONIN
Assistant City Attorney

JBC/cjj

Enclosures

c: Verona Swanigan, Esq. (w/enc.)

2026-000140/00000000001615v1

STATE OF WISCONSIN   CIRCUIT COURT   MILWAUKEE COUNTY

U.S. DISTRICT COURT
EASTERN DISTRICT - WI
FILED

2026 FEB 18  A 11: 43

CLERK OF COURT

CORDAY ALEXANDER LINTON,

                    Plaintiff,

v.                                              Case No.: 2026CV000361

CITY OF MILWAUKEE, BENJAMIN SANCHEZ,
in his individual and official capacities;
MATTHEW REJC, BRIAN PELLETT,
TIMOTHY ASKIN, AARON HELT,
LISA MANEY, and TODD MILLER, each in their
individual and official capacities,

                    Defendants.

---

### NOTICE OF FILING OF PETITION FOR REMOVAL

---

**PLEASE TAKE NOTICE** that on February 17, 2026, the City of Milwaukee, Benjamin

Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller

("Defendants"), by their attorneys, City Attorney Evan C. Goyke and Assistant City Attorneys

Elizabeth K. Miles and Joshua B. Cronin, filed in the United States District Court for the Eastern

District of Wisconsin a Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1441 and 1446.  A

true and correct copy of such Notice of Removal is attached hereto as **Exhibit A**.

The Defendants respectfully requests that this Court proceed no further in this case unless

and until this action is remanded.

Absent the entry of a Remand Order by the United States District Court, this Court is divested of jurisdiction over this matter and is thereby requested to stay all further proceedings.

Dated and signed at Milwaukee, Wisconsin this 17th day of February, 2026.

EVAN C. GOYKE
City Attorney

By: *Electronically signed by Joshua B. Cronin*
JOSHUA B. CRONIN
Assistant City Attorney
State Bar No. 1064324
ELIZABETH K. MILES
Assistant City Attorney
State Bar No. 1064284
Attorneys for Defendants, City of Milwaukee,
Benjamin Sanchez, Matthew Rejc, Brian Pellett,
Timothy Askin, Aaron Helt, Lisa Maney,
and Todd Miller

**ADDRESS:**
200 E. Wells Street
CH 800
Milwaukee, WI 53202
(414) 286-2601 – Telephone
(414) 286-8550 – Facsimile
Email: JBCronin@milwaukee.gov
EKMiles@milwaukee.gov

2026-000140:00000000001397

2