**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

CORDAY ALEXANDER LINTON,

               Plaintiff,

v.

CITY OF MILWAUKEE, BENJAMIN
SANCHEZ, MATTHEW REJC, BRIAN
PELLETT, TIMOTHY ASKIN, AARON
HELT, LISA MANEY, and TODD
MILLER,

               Defendants.

Case No. 26-CV-258-JPS

**SCHEDULING**
**ORDER**

In order that the above-captioned litigation—now pending before this Court since February 2026—be brought to conclusion, the following dates have been set:

| | |
|---|---|
| **INTERIM SETTLEMENT REPORT:** | **Friday, July 31, 2026** |
| **DISPOSITIVE MOTIONS:** | **Thursday, September 10, 2026** |

Unless otherwise specified, the parties remain obligated to follow the protocols and deadlines as set by the Federal Rules of Civil Procedure, the Eastern District of Wisconsin Local Rules, and the Court's Comprehensive Protocols and Procedures Order. ECF No. 8. Motions for extensions of time will not be looked upon favorably. The parties and their counsel are bound by the dates set herein, and no extensions or continuances will be granted without good cause shown.

Dated at Milwaukee, Wisconsin, this 5th day of March, 2026.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge

Page 2 of 2