**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys



Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
CYNTHIA HARRIS ORTEGA
OLUWASEUN CHRIS IBITOYE
KEVIN P. TODT
NATHANIEL E. ADAMSON
MATTEO REGINATO
JOSHUA B. CRONIN
ROBERT W. SANDERS
ELIZABETH K. MILES
LAURI A. ROLLINGS
Assistant City Attorneys

March 16, 2026

**VIA ECF FILING**

Honorable Judge J.P. Stadtmueller
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 471
Milwaukee, WI 53202

   Re: *Linton v. City of Milwaukee et al.*, 2:26-cv-00258-JPS.

Dear Honorable Judge J.P. Stadtmueller:

Our office represents the Defendants in the above-referenced action, and we have been authorized by the Plaintiff's counsel, Attorney Verona Swanigan, to file this letter as a joint request to reassign this action to Magistrate Judge Stephen C. Dries. Specifically, Plaintiff consented to Magistrate Judge Stephen C. Dries via ECF Document No. 16, and Defendants consented to Magistrate Judge Stephen C. Dries via ECF Document No. 11. Accordingly, the parties respectfully request reassignment of this action to Magistrate Judge Stephen C. Dries. If the Court has any questions, please do not hesitate to contact me.

Very truly yours,

*s/ Joshua B. Cronin*

JOSHUA B. CRONIN
Assistant City Attorney