**EVAN C. GOYKE**
City Attorney

**MARY L. SCHANNING**
**ROBIN A. PEDERSON**
**NAOMI E. SANDERS**
**JULIE P. WILSON**
Deputy City Attorneys



KATHRYN Z. BLOCK
THOMAS D. MILLER
PETER J. BLOCK
ANDREA J. FOWLER
JOANNA FRACZEK
HANNAH R. JAHN
MEIGHAN M. ANGER
ALEXANDER R. CARSON
GREGORY P. KRUSE
ALEX T. MUELLER
ALEXANDER D. COSSI
KATHERINE A. HEADLEY
SHEILA THOBANI
STACY J. MILLER
JORDAN M. SCHETTLE
THERESA A. MONTAG
ALEXANDER E. FOUNDOS
TRAVIS J. GRESHAM
KYLE W. BAILEY
JOSEPH M. DOBBS
WILLIAM K. HOTCHKISS
CLINT B. MUCHE
TYLER M. HELSEL
ZACHARY A. HATFIELD
MEGHAN C. MCCABE
CYNTHIA HARRIS ORTEGA
OLUWASEUN CHRIS IBITOYE
KEVIN P. TODT
NATHANIEL E. ADAMSON
MATTEO REGINATO
JOSHUA B. CRONIN
ROBERT W. SANDERS
ELIZABETH K. MILES
LAURI A. ROLLINGS
Assistant City Attorneys

Milwaukee City Hall Suite 800 • 200 East Wells Street • Milwaukee, Wisconsin 53202-3551
Telephone: 414.286.2601 • TDD: 414.286.2025 • Fax: 414.286.8550

March 26, 2026

**VIA ECF FILING**

Magistrate Judge Stephen C Dries
United States District Court, Eastern District of Wisconsin
517 East Wisconsin Avenue
Milwaukee, WI 53202

Re: *Linton v. City of Milwaukee et al.*, 2:26-cv-00258.

Dear Magistrate Judge Stephen C Dries:

Our office represents the Defendants in the above-referenced action, and this letter is written to request a Rule 16 Scheduling Conference. Please note that the parties previously filed a Joint Rule 26(f) Discovery Plan. (ECF Doc. No. 14.) The Defendants are requesting a Scheduling Order consistent with the dates set forth in the Joint Rule 26(f) Discovery Plan, and are also requesting relief from the Scheduling Order entered by Judge J.P. Stadtmueller on March 5, 2026. (ECF Doc. No. 15.) If the Court has any questions, please do not hesitate to contact me.

Very truly yours,

s/ Joshua B. Cronin

JOSHUA B. CRONIN
Assistant City Attorney