# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CORDAY ALEXANDER LINTON,

    Plaintiff,

v.                            Case No. 2:26-cv-00258-SCD

CITY OF MILWAUKEE, BENJAMIN SANCHEZ,
in his individual and official capacities;
MATTHEW REJC, BRIAN PELLETT,
TIMOTHY ASKIN, AARON HELT, LISA MANEY,
and TODD MILLER, each in their individual
and official capacities,

    Defendants.

## DEFENDANTS' JOINT MOTION FOR JUDGMENT ON THE PLEADINGS

Defendants City of Milwaukee, Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller, by their attorneys, City Attorney Evan Goyke represented by Assistant City Attorneys Elizabeth Miles and Joshua Cronin, jointly move for judgment on the pleadings, pursuant to Federal Rule of Civil Procedure 12(c), dismissing Counts III, V, VI, VII, and XI of Plaintiff's Complaint (ECF No. 1-3).

The grounds for Defendants' motion, as set forth more fully in the accompanying brief, are that the federal statutes upon which Counts III, VI, VII are based do not provide a private right of action; the federal statute upon which Count V is based applies only to "dwellings" in which a plaintiff resides, not a commercial investment property like the one at issue in this action; and Count XI is not supported by allegations of fact that, if true, would constitute a violation of Wisconsin's Public Records Law.

Dated and signed at Milwaukee, Wisconsin this 17th day of April, 2026.

EVAN C. GOYKE
City Attorney

By: *s/Joshua B. Cronin*
JOSHUA B. CRONIN, Assistant City Attorney
State Bar No. 1064324
ELIZABETH K. MILES, Assistant City Attorney
State Bar No. 1064284
Milwaukee City Attorney's Office
200 E. Wells Street
CH 800
Milwaukee, WI 53202
Telephone: (414) 286-8822    (Atty. Cronin)
Telephone: (414) 286-2625    (Atty. Miles)
Email: JBCronin@milwaukee.gov
Email: EKMiles@milwaukee.gov

*Attorneys for Defendants City of Milwaukee, Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller*

2