# Exhibit A



**City of Milwaukee**

Department of City Development
City Plan Commission
Redevelopment Authority of the City of Milwaukee
Neighborhood Improvement Development Corporation

**Rocky Marcoux**
Commissioner
rmarco@milwaukee.gov

**Martha L. Brown**
Deputy Commissioner
mbrown@milwaukee.gov

February 10, 2020

Corday Linton
5830 Reseda Blvd, Suite 137
Tarzana, CA 91356

Dear Mr. Linton:

This letter is notification that on January 23, 2020 the Department of City Development (DCD) conditionally approved your application for a Commercial Foreclosed Property Renovation Fund loan for 5128-30 W. Center Street, Milwaukee, WI 53210 in the amount of $65,523.33. Actual expenditures for the project must total at least $196,570.00 to receive the full award.

**Commercial Foreclosed Property Renovation loan funds may begin to be disbursed following expenditure of $131,046.67 on approved project costs. Documentation proving the expenditure must be provided to the Department of City Development's Commercial Corridor Team. This may include, but is not limited to, cancelled checks, bank statements or credit card statements with corresponding invoices detailing approved expenses.**

**This loan has 0% interest with a maturity date of June 23, 2037. Payments shall be deferred for eighteen (18) months. <u>Your loan will be forgiven if you submit an occupancy permit issued by the City of Milwaukee.</u> If you do not provide an occupancy permit, the loan will be due on June 23, 2037. A lien will be placed on the property for the duration of the loan, or until an occupancy permit is submitted to the Department of City Development's Commercial Corridor Team. To access the loan you must provide invoices for project expenses incurred and acceptable proof of payment.**

Please be aware that your project must adhere to the following guidelines. The DCD reserves the right to refuse reimbursement in whole or in part for work or expenditures that:

1. Do not conform to program guidelines. All contractors must comply with Federal Labor Standards.

2. Do not conform to the proposal(s) submitted with your application.

3. Are not commensurate with the workmanship and costs customary in the industry.

4. Are not completed within eighteen (18) months of approval.

5. Do not conform with designs presented to the DCD staff.

6. Do not meet City permitting and/or licensing requirements. **\*\*\*Please note that your grant award does not curtail or supersede plan examination and permitting procedures. Plan examiners ultimately decide if your project meets City code and zoning ordinances. All grant recipients must ensure that all appropriate permits have been pulled for their projects and that the final work on the project is up to code. \*\*\***

Specific requirements for your project include:

1. **Applicant must provide proof of secured funding for the entire cost of the project within 90 days of receiving this award letter.**

2. **The field stone patterned cladding in the bulkhead area under the storefront windows should be replaced with a different material as shown on the renderings.**

3. **The area around the two primary entrances to the retail spaces should not be bricked in as shown in the renderings, but rather should remain open as part of the glass storefront system.**

4. **The two primary entrances to the retail spaces should have a commercial glass door coordinated with the storefront rather than a residential type door. The door in the middle of the Center Street façade**

Page 1



Case 2:20-cv-00256-SCD   Filed 05/20/26   Page 2 of 17   Document 30-1

809 North Broadway, Milwaukee, WI 53202-3617 • Phone (414) 286-5800 • www.milwaukee.gov/dcd
Milwaukee Business Information: www.choosemilwaukee.com

Mr. Linton
February 10, 2020
Page 2

to the apartments and the door on the 51st Street façade may be more residential in character, as depicted in the renderings.

5.  All work must comply with documentation approved by the Department of City Development.

6.  Any building sold while the loan is active requires a loan repayment of all or a portion of the loan amount as a condition of the sale. The amount due will depend on the amount of funding that was accessed. A lien will be placed on the property as part of the awarding of the loan. The lien will be removed following loan forgiveness or repayment of the debt.

7.  All funds to be used for improvement of real estate shall be held in escrow at the bank and disbursed as work is completed in accordance with procedures to be established by bank.

8.  The project must commence within 90 days of the grant approval.

Payment processing may require **up to 90 days** after approval of the following documentation:

1.  Copies of all paid invoices, cancelled checks, credit card statements and/or bank statements for all of the work related to the grant. The invoices must be marked paid, signed, and dated by the contractors. **Cash payments are not accepted.** Additional information may be required for verification of payments.

2.  Lien waivers cannot be substituted for canceled checks or bank statements.

3.  Color photographs of completed project.

Any changes to the eighteen (18) month requirement must be approved in writing by DCD. Additionally, if your project is not completed within the specified time, you must submit a written extension request or your grant will be subject to cancellation.

There is a space on the next page for your signature. Please sign to acknowledge your agreement with the terms specified in this approval letter. A return envelope is enclosed; please use it to return the signed letter to DCD. A second copy of this letter is enclosed for your records.

Should you have any questions regarding this matter, please contact Kermiath McClendon at (414) 286-5820.

Sincerely,

Martha Brown
Deputy Commissioner

Enclosures
c: Ald. Michael J. Murphy

## CHECKLIST OF WORK TO BE COMPLETED

| Work | Contractor |
|---|---|
| General requirements | |
| Existing conditions-demolition | |
| Masonry | |
| Rough & finish carpentry | |
| Doors, frames, hardware, windows, storefront windows/signage frame | |
| Drywall | |
| Painting | |
| Bathroom Assembly | |
| Specialties-outdoor signage | |
| Plumbing | BGI Construction |
| HVAC | |
| Electric Power & Lighting | |
| Contingency | |
| GC general conditions | |
| Builder fee OH & P 7% | |
| Additional Furniture fixture & equipment | |
| Security equip items | |
| Architect expense | |
| Other Contractors Included | Jordan's Construction Services |

_Signature_ _____          2/17/2020

Signature                                              Date

Corday A Linton
_____

Print Name

***Because demand for City commercial grants is very high, <u>grant recipients are required to sign and return this grant award letter within 15 business days of the date on the letter</u>. A return envelope is enclosed for your convenience. If we do not receive a signed grant letter postmarked within 15 business days, you will be out of compliance with the rules of the grant program, and the grant award will be cancelled.***

Case 2:26-cv-00258-SCD     Filed 05/20/26     Page 5 of 17     Document 30-1

# 5128-30 W. CENTER ST.

(Commercial Foreclosure ~~h Fund~~)

**Supported by BID 39**

City owned property

7 District- Ald. Kahlif Rainey
Business Improvement District: #39
Zoning: LB2
CDBG: N/a
EDS: Kermiath McClendon

Property Owner: Corday Linton(applicant)
Proposed Business: Blue Lotus & Dress'n Up

Case 2:26-cv-00258-SCD   Filed 05/20/26   Page 6 of 17   Document 30-1

### Center street View



### 51st street View



## CFFP GRANT

| Work | Low Bid | Contractor |
| --- | --- | --- |
| CFFP Expenses | $196,570.00 | BGI Construction |

Grant calculation:
1/3 of total cost                    $65,523.33

## Grant Calculation:           $65,523.33

Awarded on June 27, 2019
Whitebox-  $25,000.00
Façade-     $10,000.00
Signage-    $2,500.00
Total awarded
$37,500.00

A new application approach :
A $63,536.00 budget ⬆
The community, bid, and Alderman support
Catalyst project

# 5128-30 W. CENTER ST

**(Commercial Foreclosure Fund)**

Property Owner: Corday Linton(applicant)
Proposed Business: Blue Lotus & Dress'n Up

Supported by BID 39

City owned property

7 District- Ald. Kahlif Rainey
Business Improvement District: #39
Zoning: LB2
CDBG: N/a
EDS: Kermiath McClendon

BGI Construction is reestablishing its City of Milwaukee & lead license.
CCT & NIDC will not move forward without the licensing.

| Work | Low Bid | Contractor |
|---|---|---|
| Original budget | $133,034.00 | BGI Construction |
| Updated FF& E equipment | $50,036 | |
| Updated electrical | $4,500.00 | |
| Security equip items | $1,500.00 | |
| Architect expense | $7,500.00 | |
| Total | $196,570.00 | |

# Total Project Costs: $196,570.00

# 5128-30 W. CENTER ST.

**(Commercial Foreclosure** [Supported by BID 39] **und)**

City owned property

Property Owner: Corday Linton(applicant)
Proposed Business: Blue Lotus  & Dress'n Up

7 District- Ald. Kahlif Rainey
Business Improvement District: #39
Zoning: LB2
CDBG: N/a
EDS: Kermiath McClendon

## Project funding sources

| Sources | Amount |
|---|---|
| Owners Equity | $196,742.83 |
| Loan * | Northwest Side CDC (pending) |
| NIDC Grant | $29,998.00 (pending) |
| CFRF Grant | $65,523.33 |
| *Total funding* | $292,264.16 |
| *Finance gap* | ($19,205.84) |

## Project costs

| Use | Amount |
|---|---|
| Commercial Rehab, build out, FF& E expenses | $196,570.00 |
| Residential rehab | $114,900.00 |
| *Total Project cost* | $311,470.00 |

*More recent CFRF grants with significant pending financial sources have been given a 90 day time window to secure pending sources or be terminated

Case 2:26-cv-00258-SCD    Filed 05/20/26    Page 8 of 17    Document 30-1

# 5128-30 W. CE[...]

Supported by BID 39

## (Commercial Foreclosure [...] Fund)

Property Owner: Corday Linton(applicant)
Proposed Business: Blue Lotus & Dress'n Up

City owned property

7 District- Ald. Kahlif Rainey
Business Improvement District: #39
Zoning: LB2
CDBG: N/a
EDS: Kermiath McClendon

## Current Conditions

Case 2:26-cv-00258-SCD   Filed 05/20/26   Page 9 of 17   Document 30-1











# 5128-30 W. CE[...]
## (Commercial Foreclosure [...] Fund)

Supported by BID 39

Property Owner: Corday Linton(applicant)
Proposed Business: Blue Lotus & Dress'n Up

7 District- Ald. Kahlif Rainey
Business Improvement District: #39
Zoning: LB2
CDBG: N/a
EDS: Kermiath McClendon

City owned property

## Renderings

Center Street view





51st Street view



Case 2:26-cv-00258-SCD   Filed 05/20/26   Page 10 of 17   Document 30-1

# 5128-30 W. CE[NTER St.]

## (Commercial Foreclosure F[und]

Supported by BID 39

7 District- Ald. Kahlif Rainey
Business Improvement District: #39
Zoning: LB2
CDBG: N/a
EDS: Kermiath McClendon

Property Owner: Corday Linton(applicant)
Proposed Business: Blue Lotus & Dress'n Up

City owned property

Floor plan

51st Street



Case 2:26-cv-00258-SCD   Filed 05/20/26   Page 11 of 17   Document 30-1



# BLUE LOTUS MOOD ELEVATION LOUNGE + APTS
## 5128-32 W CENTER STREET MILWAUKEE, WI 53210

AREA MAP

**WALL TYPES**

**TYPICAL MOUNTING HEIGHTS**

**STANDARD DRAFTING SYMBOLS**

**HATCH REGION**

**DREAM BUILDERS, LLC.**
ARCHITECTURE, PLANNING & EDUCATION
4708 W. OKLAHOMA AVENUE
MILWAUKEE, WI 53219
PHONE (414) 731-7184
EMAIL: DREAMBLDR@GMAIL.COM

Seal

Client
Corday Linton

Project
BLUE LOTUS MOOD
ELEVATION LOUNGE +
APTS

5128-5132 W Center St
Milwaukee, WI 53210

Sheet Title
GENERAL INFORMATION

Revisions

PERMIT SET

Project Manager N. ROBINSON
Drawn/By/Chk By G. BANKS
Project No. 19-130
Date DECEMBER 3, 2019

Sheet No.
G000

| Sheet List | | |
|---|---|---|
| Sheet Number | Sheet Name | Discipline |
| G000 | GENERAL INFORMATION | ARCHITECTURAL |
| G100 | BUILDING CODE INFORMATION | ARCHITECTURAL |
| AD100 | DEMOLITION PLAN | ARCHITECTURAL |
| AN100 | NEW FLOOR PLAN | ARCHITECTURAL |
| AN110 | REFLECTED CEILING PLAN | ARCHITECTURAL |
| FS100 | FOOD SERVICE EQUIPMENT LAYOUT | FOOD SERVICE |







Case 2:26-cv-00258-SCD    Filed 05/20/26    Page 15 of 17    Document 30-1





DREAM BUILDERS, LLC.
ARCHITECTURE, PLANNING & EDUCATION
4700 W. OKLAHOMA AVENUE
MILWAUKEE, WI 53219
PHONE (414) 731-7294
EMAIL: DREAMBUILD@GMAIL.COM

Seal

Client
Corday Linton

Project
BLUE LOTUS MOOD
ELEVATION LOUNGE +
APTS

5128-5132 W Center St
Milwaukee, WI 53210

Sheet Title
FOOD SERVICE
EQUIPMENT LAYOUT

Revisions
Item          Date          By

Project Manager    FS BY OTHERS
Drawn By/Chk By    FS BY OTHERS
Project No.        15-130
Date               DECEMBER 3, 2019
Sheet No.

FS100

EQUIPMENT NOTES

1. FRYERS
2. GRIDDLE
3. CABINET
4. 4-BURNER W/ OVEN
5. SINK CABINET
6. COMBI OVEN W/ COMBI OVEN RACK
7. FLOOR DRAIN
8. WALL SHELF
9. WORK TABLE W/ UNDERSHELF & SPLASHBACK
10. WALL HOOD BODY
11. 3 DOOR CHILLER W/ SPLASHBACK
12. MEAT SLICER
13. VEGETABLE CUTTER
14. WORK TABLE W/ SPLASHBACK
15. TRASH BIN
16. SINGLE SINK BENCH W/ SPLASHBACK
17. POTATO PEELER
18. REFRIGERATOR
19. MOBILE TABLE W/ UNDERSHELF
20. DOUBLE SINK SHELF W/ SPLASHBACK
21. DROP IN SINK
22. COFFEE GRINDER
23. COFFEE MACHINE
24. UNDER COUNTER WINE COOLER
25. WATER BOILER
26. JUICER MACHINE
27. UNDER CABINET BACK BAR COOLER
28. COCKTAIL BARTENDER SETS
29. SMOOTHIE MACHINE WORK STATION
30. BEER SYSTEM
31. CABINET W/ SPLASHBACK
32. WORK CABINET W/ SPLASHBACK
33. STAINLESS STEEL SHELF
34. SLUSH MACHINE
35. JUICE DISPENSER
36. 2-DOOR CHILLER W/ SPLASHBACK
37. OVER COUNTER POST-MIX DISPENSER
38. SOFT ICE CREAM MACHINE
39. VERTICAL DISPLAY SHOWCASE
40. CABINET W/ SPLASHBACK
41. UNDER CABINET ICE MACHINE
42. CABINET W/ SLIDING GLASS & SPLASHBACK
43. HOT SHOWCASE
44. UNDER COUNTER GLASS DISHWASHER



