# Exhibit C

Benjamin Sanchez

---

**From:** Corday Linton <cordaylinton@gmail.com>
**Sent:** Friday, September 30, 2022 4:11 AM
**To:** Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov>
**Cc:** Rejc, Matthew <mrejc@milwaukee.gov>; Helt, Aaron <ahelt@milwaukee.gov>; Michael Amrhein <bgi@consultant.com>; Sherri Underwood <sherriunderwood@outlook.com>; Centeno, Orlando <Orlando.Centeno2@milwaukee.gov>
**Subject:** Re: Corday Linton - 5128-5130 W Center 5 of 5

Greetings Ben,

Hope all is well …

Orlando I hope you are feeling better and good to see Aaron is still working with the team!

My team and I would like to get in front of the narrative, contractual obligations etc being put forth in order to continue the project.

Julious had informed us that the paperwork requested by you has been provided two weeks ago? Can you confirm that you have received this information and provide an updated status as to the reimbursement?

I'd like to save us all time and long emails to get right to what else is needed to get the apartments rented out and fulfill the requirements for the commercial portion.

I am unable to do this without your commitment.

Please advise on status either way so my team and I know what actions we will take.

Sent from my iPhone

On Sep 16, 2022, at 10:55 AM, Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov> wrote:

Forwarding requested communications. This 5 of 5.

---

**From:** Sanchez, Benjamin
**Sent:** Tuesday, August 30, 2022 2:27 PM
**To:** Rejc, Matthew <mrejc@milwaukee.gov>
**Cc:** Centeno, Orlando <Orlando.Centeno2@milwaukee.gov>; Helt, Aaron <ahelt@milwaukee.gov>
**Subject:** Corday Linton - 5128-5130 W Center 5 of 5

Email 5 of 5 – This email addresses the loan commitment and loan settlement documents associated with the NWSCDC loan.

This email contains the confirmation of the line of credit in the amount of $150,000. Please note that I did comb through the financial file and I was not able to locate a final disbursement agreement associated with the total project funds. Since there is no disbursement agreement, I would assume that buyer investment (first), NWSCDC investment (second), NIDC Rental Rehab loan (third) and Commercial Corridor (fourth).

NIDC would request commitment letters associated with the new funding considered. Please remember that the NIDC Rental Rehab loan was funded and reserved under HOME federal dollars. We are at a point that we need to show a draw very soon on the federal funding for CDGA reporting purposes. Further meetings may be required.

Thank you for your patience as I developed the narrative associated with the invoices received to date.

Regards,

Ben Sanchez

The City of Milwaukee is subject to Wisconsin Statutes related to public records. Unless otherwise exempted from the public records law, senders and receivers of City of Milwaukee e-mail should presume that e-mail is subject to release upon request, and is subject to state records retention requirements. See City of Milwaukee full e-mail disclaimer at www.milwaukee.gov/email_disclaimer

# Exhibit C-1

Ben

---

**From:** Rejc, Matthew <mrejc@milwaukee.gov>
**Sent:** Monday, August 29, 2022 11:50 AM
**To:** Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov>
**Subject:** RE: Corday Linton - 5128-30 W Center Street

Ben,

We're still working to reconfigure our funds in the project and I'm trying to create an up-to-date listing of funding sources to review with my team. The only item that I'm missing at this point is the exact amount of owner equity.

Our files show a few different amounts of owner equity being proposed, so I'd like to know how much owner equity you have documented in the transaction. I don't specifically need to know where the owner got the funds from, just how much we expect him to put into the deal. Please let me know what you have and feel free to give me a call at x5842 if you have any questions.

Best,

Matt Rejc

---

**From:** Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov>
**Sent:** Friday, August 26, 2022 3:37 PM
**To:** Rejc, Matthew <mrejc@milwaukee.gov>
**Subject:** RE: Corday Linton - 5128-30 W Center Street

Hi Matt,

Confirming receipt of the zip drive. I am scheduled to meet with Orlando Centeno on Tuesday to further review the construction file for Corday Linton.

Following up on our conversation – I did pull the financial file and this case has been set up under **HOME funding with the CDGA office**.

I understand that Aaron will reach out to Near West Side CDC to check in on a construction ledger and escrow disbursements associated with their funding.

May you have a good weekend!

Thanks,
Ben

---

**From:** Rejc, Matthew <mrejc@milwaukee.gov>
**Sent:** Friday, August 26, 2022 11:15 AM
**To:** Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov>
**Subject:** RE: Corday Linton - 5128-30 W Center Street

Benjamin,

Following up on our conversation yesterday, I wanted to attach the reimbursement information that I have on hand. If it looks like I'm missing any major cost items, then feel free to send them my way, but I assume this is largely what you have as well based on our discussion.

Best,

Matt

**From:** Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov>
**Sent:** Friday, August 19, 2022 10:34 AM
**To:** Rejc, Matthew <mrejc@milwaukee.gov>
**Subject:** RE: Corday Linton - 5128-30 W Center Street

Hi Matthew,

Thank you for your response. I look forward to meeting you virtually next week.

Benjamin

**From:** Rejc, Matthew <mrejc@milwaukee.gov>
**Sent:** Thursday, August 18, 2022 4:58 PM
**To:** Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov>
**Cc:** Centeno, Orlando <Orlando.Centeno2@milwaukee.gov>; Helt, Aaron <ahelt@milwaukee.gov>
**Subject:** RE: Corday Linton - 5128-30 W Center Street

Benjamin,

Absolutely, I'm glad to meet with you and discuss how to best coordinate our efforts on this property. Feel free to put a meeting on my calendar for next week. Next Thursday after 2pm I'm completely open.

Best,

Matt Rejc

**From:** Sanchez, Benjamin <Benjamin.Sanchez@milwaukee.gov>
**Sent:** Thursday, August 18, 2022 4:15 PM
**To:** Rejc, Matthew <mrejc@milwaukee.gov>
**Cc:** Centeno, Orlando <Orlando.Centeno2@milwaukee.gov>; Helt, Aaron <ahelt@milwaukee.gov>
**Subject:** RE: Corday Linton - 5128-30 W Center Street

Good afternoon Matthew Rejc,

I believe that Rick Banks is no longer employed with the City of Milwaukee Commercial Corridor based on his out of office reply. In his out of office reply he recommends that we send emails to you. My name is Benjamin Sanchez and I work with the Neighborhood Improvement Development Corporation (NIDC). I am including Orlando Centeno, NIDC Rehab Specialist, reassigned to work with the Corday Linton – 5128-30 W Center Street. I have also included our Program Manager, Aaron Helt, in this email communication.

Please read my below communication from June 24, 2022. I am circling back in regards to this Rental Rehabilitation investor owned property. May we please schedule a meeting in the near future to better understand how to work together with the investor owner? Thank you for your assistance.

Regards,

*Benjamin Sanchez*

Housing Rehabilitation Manager
Benjamin.Sanchez@milwaukee.gov

 

Department of City Development
Neighborhood Improvement Development Corporation (NIDC)
809 N. Broadway, 3rd floor, Milwaukee, WI 53202
Office Phone (414) 286-5719 – T, Th
Cell Phone (414) 708-7762 – M, W, F

 *Visit our website:* milwaukee.gov/NIDC

---

**From:** Sanchez, Benjamin
**Sent:** Friday, June 24, 2022 11:21 AM
**To:** Banks, Rick <ribanks@milwaukee.gov>
**Cc:** Pellett, Brian <Brian.Pellett@milwaukee.gov>
**Subject:** Corday Linton - 5128-30 W Center Street

Good morning Rick,

I am sending this email as a follow up to our conversation yesterday. I am including Brian Pellett in this email. Brian is our NIDC Rehab Specialist that is handing the inspections associated with the residential side of the commercial mixed use rehabilitation. I did speak with Brian this morning. Brian would like to be a part of your future inspections of the property.

We would like to make sure that we are looking at the complete project when it comes to inspections. We can all circle back on meeting once CCT funding is figured out. We are trying to make sure that we can look at disbursements as a whole and prevent any duplication. Brian will be in communication with the contractor to make sure that we are receiving clear documentation dividing the residential work from the commercial work.

We would greatly appreciate CCT in allowing us to be a part of your future inspections.

Regards,
Ben Sanchez

The City of Milwaukee is subject to Wisconsin Statutes related to public records. Unless otherwise exempted from the public records law, senders and receivers of City of Milwaukee e-mail should presume that e-mail is subject to release upon request, and is subject to state records retention requirements. See City of Milwaukee full e-mail disclaimer at www.milwaukee.gov/email_disclaimer