**VERONA SWANIGAN, ESQ.**

**WSBN: 1086459**

**THE SWANIGAN FIRM**

**425 W. CAPITOL AVE STE 1533**

**LITTLE ROCK, AR 72201**

**866-603-5239**

**callthelawlady@outlook.com**

**CORDAY ALEXANDER LINTON**

---

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **CORDAY ALEXANDER LINTON,** | Case No. 2:26-cv-00258-SCD |
| **Plaintiff,** | |
| **v.** | |
| **CITY OF MILWAUKEE; et. al. Defendants.** | |

### <u>PLAINTIFF'S ANSWERS TO THE AFFIRMATIVE DEFENSES</u>

NOW HERE COMES, Plaintiff, by and through, their attorney Verona Swanigan, to respond to

Defendants' Affirmative Defenses pursuant to statutory law, case law, and the U.S. Constitution

and further saith:

1. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

2. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

3. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

4. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

5. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

6. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

7. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

8. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

9. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

10. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

11. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

12. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

13. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

14. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

15. Plaintiff denies the allegations herein and states this affirmative defense is without merit.

16. Plaintiff denies the allegations in the WHEREFORE paragraph and states this request is without merit and based on equity should be denied.

Dated: May 23, 2026.

**THE SWANIGAN FIRM**
Attorneys for Plaintiff

By: ___/s/__Verona Swanigan_____
Verona E. Swanigan, Esq.
State Bar No. 1086459
425 W. Capitol Ave., Ste. 1533
Little Rock, Arkansas 72201
(866) 603-5239
callthelawlady@outlook.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2026, I electronically filed the foregoing Plaintiff's Answer to Affirmative Defenses with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: May 23, 2026

By: /s/ Verona Swanigan
Verona Swanigan, Esq.