UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

CORDAY ALEXANDER LINTON,

Plaintiff,

v.                                                   Case No. 2:26-cv-00258-SCD

CITY OF MILWAUKEE, BENJAMIN SANCHEZ,
in his individual and official capacities;
MATTHEW REJC, BRIAN PELLETT,
TIMOTHY ASKIN, AARON HELT, LISA MANEY,
and TODD MILLER, each in their individual
and official capacities,

Defendants.

---

## PLAINTIFF & DEFENDANTS' JOINT MOTION TO AMEND SCHEDULING ORDER

---

**NOW COME** the Defendants, City of Milwaukee ("City"), Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller, by their attorneys, City Attorney Evan Goyke represented by Assistant City Attorneys Elizabeth Miles and Joshua Cronin; and the Plaintiff, Corday Linton, by his attorney, Verona Swanigan of The Swanigan Firm (collectively "Parties"); and hereby submit the following Joint Motion to Amend Scheduling Order (ECF. 20):

1.      This action involves numerous parties and real estate transactions that occurred a number of years ago. Relatedly, the written discovery involved in this action has been substantial, involving the exchange of in excess of 10,000 pages; and the Parties are presently set to meet and confer regarding certain discovery disagreements. At this time, the Parties' experts have not completed a review of all the relevant written discovery; and similarly, the Parties only recently began discussing dates for depositions. Additional time is necessary for the Parties

experts to complete their reports, for discovery to be supplemented, and for the Parties to complete depositions.

2.    Attorney Swanigan has two trials scheduled in August 2026 in the State of Arkansas, one is in federal court and the other is a state murder trial; and therefore, she is not available again until the beginning of September to start depositions. Further, she has court on a federal conspiracy drug case in Arkansas in August that she has multiple dates with the prosecution scheduled to allot for the compliance with the Defendant's speedy trial rights.

3.    This Joint Motion is made in good faith, reflects the Parties' diligence, and is necessary to ensure that the discovery proceeds in an orderly and complete manner.  It would be prejudicial to both Parties for the current Scheduling Order (ECF. 20) to remain in effect.  The Parties request the following Modification of the current Scheduling Order:

|  | **Current Deadline (ECF. 20)** | **Requested Deadline** |
|---|---|---|
| Plaintiff Experts | July 31, 2026 | October 30, 2026 |
| Defense Experts | October 30, 2026 | February 1, 2027 |
| Dispositive Motions | January 29, 2027 | May 31, 2027 |
| Interim Settlement Report | February 26, 2027 | June 30, 2027 |

**WHEREFORE**, the Parties jointly requests that the Court enter an Order extending the discovery deadline by, or such other period as the Court deems appropriate, and for all other just and proper relief.

Dated and signed at Milwaukee, Wisconsin this 27th day of July, 2026.

**EVAN C. GOYKE**
City Attorney

By:  *s/Joshua B. Cronin*
JOSHUA B. CRONIN, Assistant City Attorney

2

State Bar No. 1064324
ELIZABETH K. MILES, Assistant City Attorney
State Bar No. 1064284
Milwaukee City Attorney's Office
200 E. Wells Street
CH 800
Milwaukee, WI  53202
Telephone: (414) 286-8822    (Atty. Cronin)
Telephone: (414) 286-2625    (Atty. Miles)
Email: JBCronin@milwaukee.gov
Email: EKMiles@milwaukee.gov

*Attorneys for Defendants City of Milwaukee, Benjamin Sanchez, Matthew Rejc, Brian Pellett, Timothy Askin, Aaron Helt, Lisa Maney, and Todd Miller*

Dated and signed at Milwaukee, Wisconsin this 27th day of July, 2026.

**THE SWANIGAN FIRM**

Attorneys for Plaintiff, Corday Linton

By: ___*/s/__Verona Swanigan*_____
Verona E. Swanigan, Esq.
State Bar No. 1086459
425 W. Capitol Ave., Ste. 1533
Little Rock, Arkansas 72201
(866) 603-5239
callthelawlady@outlook.com